# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| MICHAEL COMMEAU, | ) |
| Petitioner, | ) ) ) |
| v. | ) Docket No. 1:21-cv-00074-NT |
| MATTHEW MAGNUSSON, | ) ) ) |
| Respondent. | ) |

## ORDER AFFIRMING THE RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On September 27, 2021, the United States Magistrate Judge filed with the Court, with copies to the parties, his Recommended Decision on the Petitioner's 28 U.S.C. § 2254 petition (ECF No. 12). The time within which to file objections has expired, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The Petitioner's 28 U.S.C. § 2254 petition (ECF No. 1) is hereby **DISMISSED** with prejudice.

2

It is further **ORDERED** that no certificate of appealability should issue in the event the Petitioner files a notice of appeal, because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

SO ORDERED.

/s/ Nancy Torresen<br>United States District Judge

Dated this 25th day of October, 2021.